## Samuel C. Forsythe, Appellee, v. Samuel R. Killam, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Macoupin county; the Hon. ROBERT B. SHIRLEY, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed April 16, 1915.

### Statement of the Case.

Action on the case by Samuel C. Forsythe, against Samuel R. Killam, to recover damages for injury to his person and buggy resulting from a collision between his buggy and an automobile driven by defendant. From a judgment for plaintiff for eight hundred dollars, defendant appeals.

A. H. BELL and PEEBLES & PEEBLES, for appellant.

EDWARD C. KNOTTS and RINAKER & RINAKER, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

AUTOMOBILES AND GARAGES, § 2*—*when negligence a question for jury.* Where there is a direct conflict in the evidence as to the actions of the driver of an automobile and the driver of a team upon approaching each other, the questions of the negligence of the driver of the automobile and the contributory negligence of the driver of the team are for the jury to determine.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.